# Court of Appeals
# of the State of Georgia

ATLANTA, __June 30, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A1868.   BRENDA  S.  HINES  v.  WILMINGTON  SAVINGS  FUND
SOCIETY.**

This case originated as a dispossessory proceeding in magistrate court.
Following an adverse ruling, defendant Brenda S. Hines appealed to the superior
court.  The superior court also ruled in favor of the plaintiff, and Hines filed this
direct appeal from the superior court's order.  We lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a
magistrate court decision, Hines was required to follow the discretionary appeal
procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367
(454 SE2d 175) (1995).  Hines's failure to follow this procedure deprives us of
jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__06/30/2017_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*